# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

_____Kevin Allure_____

(Enter above the full name of the plaintiff in this action)

V.

_Nurse Jane Doe_____

_Doctor John Doe_____

_____

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

RECEIVED
(To be supplied by the Clerk of the Court)

FEB 13 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

---

### INSTRUCTIONS; READ CAREFULLY

1.   This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.   In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.   You must provide the full name of each defendant or defendants and where they can be found.

4.   You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.   Upon receipt of a fee of $402.00 (a filing fee of $350.00 and an administrative fee of $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

---

6.   ▓▓If you cannot prepay the $402.00 fee▓▓, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.   ▓▓If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed▓▓. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

　　　_X_ 42 U.S.C. §1983 (applies to state prisoners)

　　　____ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

　　　If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.   Indicate whether you are a prisoner or other confined person as follows:

　　　_X_ Pretrial detainee

　　　___ Civilly-committed detainee

　　　___ Immigration detainee

　　　___ Convicted and sentenced state prisoner

　　　___ Convicted and sentenced federal prisoner

　　　___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _Camden County Correctional Facility_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: _Kevin Allure_

Address: _P.O. Box 90431_

Inmate#: _4390517_

b.    First defendant:

Name: _Nurse Jane Doe_

Official position: _Nurse_

Place of employment: _Camden County Correctional Facility_
How is this person involved in the case? _330 Federal st. P.O. Box 90431 Camden N.J. 08103_

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_She did not prescribe me medications to alleviate my withdraw Symptoms to suboxone. Nor did She schedule me to see a docter._

c.    Second defendant:

Name: _Docter John Doe_

Official position: _Doctor_

Place of employment: _Camden County Correctional Facility_
How is this person involved in the case? _330 Federal st. P.O. Box 90431 Camden, N.J. 08103_

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_He or She, unsure Which doctor was in charge of medical at the time, but they did not give me medications to allevtate my Suboxone withdraw sympthoms._

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

_X_ Yes      ___No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I put in several sick call request and medical grievances. Grievance # 202432278

If your answer is "No," briefly explain why administrative remedies were not exhausted.

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On 9-21-24, I became very sick due to the medical department at Camden County Correctional Facility ending my prescription of Suboxone. They put me on 4mg suboxone for 30 days and then ended it abruptly. However, it was expected for me to have withdraw symptoms. So when I wrote to medical to be treated for the horrible symptoms of cold sweats, Stomach pain, vomiting,

headache and fever, they called me to sickcall on 10-7-24, and I met with the defendant Nurse Jane Doe, but She didn't prescribe me any medication for withdraw. She only told me she would tell the docter. I suffered severely waiting a long time to see the docter. I had no medication to allevtate the intense pain and Suffering I had and I didn't see the docter for over two weeks later after the withdraw symptom pains ran its full course.

I wrote to request treatment each and everyday during the pain, the request I made are listed below. When I saw ~~██████~~ the docter the symptems already were gone because it was about 3-4 weeks later.

I am suing the docter John Doe for not calling me while I was writing everyday complaining on the Kiois machine.

Requested Sickcall: 9-21-24 Request# 24-000216921
9-23-24 Request#24-000217097
9-24-24 Request# 24-000217234
9-25-24 Request#24-000217347
9-29-24 Request# 24-000217683
10-1-24 Request#24-000217907
10-2-24 Request#24-000218048

Put Grievance on paper 10-15-24

Grievance again 11-23-24 Grievance# 11-202432278

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the court to order the defendants to pay the sum of ~~██████~~ two hundred and fifty thousand dollars, plus punitive damages and any other award I am entitled to.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _26_ day of _December_ , 20___ 24

_Kevin Allum_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).