NOTICE: This is a public document. Do not enter personal ide tifying information on it, such as your full Social Security number, driver's license number, insurance policy number, vehic : plate number or active financial account or credit card number. This document as submitted will be available to the pub c upon request.

Name _Kevin Allure_

Address _PO BOX 90431_
_Camden, N.J. 08103_

Telephone Number _____

Email Address _____

_Kevin Allure_                          ,

_____
Plaintiff(s)/Appellant(s),

_Nurse Jane Doe_ v.
_Doctor John Doe_                ,
Defendant(s)/Respondent(s).

_District_ _____ Court of New Jersey
_____ County (if applicable)

Docket Number: _____

**Certification/Petition/Application in Support of a Fee Waiver**

I/We, ____Kevin Allure_____, am/are the
(☒ plaintiff(s)/ ☐ appellant(s)/ ☐ defendant(s)/ ☐ respondent( )) in the above-captioned matter and I/we make this certification in support of my/our request for a fil ig fee waiver pursuant to *Rule* 1:13-2 or *Rule* 2:7-1.

1.  I/We am requesting this relief because I/we do not have su ffici nt funds or assets with which to pay the filing fees associated with this action.

2.  I/We, ☒ am/ ☐ am not/ ☐ are/ ☐ are not   an inmate in Stat. prison or County Jail.*

> ***Attachments necessary:** If you are a state prison or county jai' imate, you must attach a certified copy of your prisoner's fund account statement from t'1 appropriate correctional institution for the six months immediately preceding the date of his application. If you are requesting a waiver of the partial filing fee requirement set forth in *N.J.S.A.* 30:4-16.3, you must attach an affidavit of special circumstances.

3.  I have been determined to be eligible for one or more of the followin : (Check applicable boxes)

    ☐   Public Assistance (please provide your most recent award statement as proof of eligibility);
    ☐   Social Security Disability (please provide your most recent award statement as proof of eligibility)

4.  Below is an accurate and full disclosure of my financial situatior   I financially support _Zero_ dependents (not including myself). (A dependent is an individua who is a child or relative who resides in the home and relies you for more than half of his/her support for any given calendar year)

**Attachments necessary:**
**Provide two months of documentation for the following:**
*   Welfare, Public Assistance, Unemployment, Disability, Social Security, Child Support/Alimony, other income.

**Provide six months of bank statements for the following:**
*   All bank accounts.

5.   I/we ☒ am/ ☒ am not/ ☐ are/ ☐ are not   claimed as a dependent on someone else's tax return

Employer's Name, Address and Telephone Number:

**Complete the Following Information:**

| | | | |
|---|---|---|---|
| Net Monthly Income | $ Zero | House(s)/Land Market Value | $ Zero |
| Spousal/Cohabitant Contribution | $ zero | Value of All Motor Vehicles | $ zero |
| Unemployment/Disability | $ zero | Cash | $ 500 |
| Social Security | $ zero | Current Balance Checking Accts. | $ Zero |
| Veterans Administration | $ zero | Current Balance Savings Accts. | $ Zero |
| Pension | $ zero | Civil Judgment Awards/Pending | $ Zero |
| Public Subsidies | $ Zero | Current Value of Stocks/Bonds | $ Zero |
| Child Support/Alimony | $ zero | Face Value of CDs/IRAs/401Ks | $ zero |
| Housing Subsidies | $ zero | Money Market Accounts | $ zero |
| Trust Fund Income | $ Zero | Retrievable Bail Amt. & Location | $ zero |
| Income from Rental Properties | $ Zero | | |
| | | Other Assets | $ Zero |
| **Total Monthly Income** | **$ Zero** 0.00 | **Total Assets** | **$ ~~▬▬~~ 500.00** |

6.   I/We understand that I/we am/are under a continuing obligation to notify the court of a change in my financial situation

## Certification

I/We certify that the foregoing statements made by me/us are true.  I/We am/are aware that if any of the foregoing statements made by me/us are willfully false, I/we am/are subject to punishment.

I/We further certify that in accordance with Court *Rule* 1:38-7(b) all confidential personal identifiers have been redacted and that subsequent papers submitted to the court will not contain confidential personal identifiers.

12/26/24
Date

*Kevin Allure*
Print your name(s)

*Kn Allure*
Signature(s)

NOTICE: This is a public document. Do not enter personal identifying information on it, such as your full Social Security number, driver's license number, insurance policy number, vehicle plate number or active financial account or credit card number. This document as submitted will be available to the public upon request.

Name _Kevin Allure_

Address _PO Box 90431_

_Camden, NJ 08103_

Telephone Number _____

Email Address _____

_District_ Court of New Jersey

_____ County (if applicable)

Docket Number: _____

_Kevin Allure_ ,

Plaintiff(s)/Appellant(s),

**Order Waiving Filing Fees**

v.

_Nurse Jane Doe_

_Doctor John Doe_ ,

Defendant(s)/Respondent(s).

This matter having been brought before the court on application of _Kevin Allure_ ,
(☒plaintiff(s)/ ☐ appellant(s)/ ☐ defendant(s)/ ☐ respondent(s)) for an **Order** waiving filing fees pursuant to *Rule* 1:13-2 or *Rule* 2:7-1, and the Court having considered the moving party's financial information, the matter and for good cause appearing:

**(Do not write below this line, For Court Use Only)** _____

It is on this _____ day of _____, 20____, **ORDERED** that the application for a fee waiver is

☐ **Granted** ☐ **Denied**

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_Kevin Allure_

(Plaintiff in this action)

v.

_Nurse Jane Doe_

_& Doctor John Doe_

_____

_____

(Defendant(s) in this action)

: **AFFIDAVIT OF POVERTY**
: **and ACCOUNT CERTIFICATION**
: **(CIVIL RIGHTS)**

: Civil Action No. ___  _____
          (To be supplied by the Clerk of the Court)

:

: DNJ-Pro Se-007-A-(Rev.12/2020)

:

:

:

---

**Instructions:**

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. See Local Civil R. 5.1(f). A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid, regardless of the outcome of the proceeding. See 28 U.S.C. § 1915(b).

The prisoner must complete all questions in the following affidavit, sign and date the affidavit, and then obtain the signature of the appropriate prison official who certifies the prison account statement. After the appropriate prison official certifies your prison trust fund account statement(s), you must attach the prison account statement(s) to this application, for each prison or jail wherein you were incarcerated during the previous six months. If your application to proceed in forma pauperis is incomplete, then the Court may enter an order denying your application without prejudice and administratively terminating your case without filing the complaint.

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

In support of this application, I state the following under the penalty of perjury:

1.  I, *Kevin Allure* _____ (print your name), declare that I am the

    ☒ Plaintiff / movant      ☐ Other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief.

2.  The nature of my claim or the issues I intend to present on appeal are briefly stated as follows:

    *I was denied treatment for withdraw symptoms.* _____

    _____

    _____

3.  List dates and places of confinement for the immediately preceding six months:

    <u>Dates of Confinement</u>

    *11-15-23 until 12-26-24*

    <u>Places of Confinement</u>

    *Camden County Correctional facility*

    For each institution in which you have been confined for the preceding six months, you must obtain a copy of your prison account and the signature of the appropriate prison official (see certification on p. 3).

4.  Are you employed at your current institution?                    ☐ Yes    ☒ No

    Do you receive any payment or money from your current institution?    ☐ Yes    ☒ No

    If Yes, state how much you receive each month: _____

5.  In the past 12 months, have you received any money from any of the following sources?

    |   |   |   |   | Amount |
    |---|---|---|---|---|
    | a. | Business, profession, or other self-employment | ☐ Yes | ☒ No | _____ |
    | b. | Rent payments, interest, or dividends | ☐ Yes | ☒ No | _____ |
    | c. | Pensions, annuities, or life insurance payments | ☐ Yes | ☒ No | _____ |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No | _____ |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No | _____ |
    | f. | Any other sources | ☒ Yes | ☐ No | $500 ~~$~~ |

DNJ-ProSe-007-A-(Rev.12/2020)

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

6.    Other than your prison account, do you have cash or a checking or savings account in your name?

                                                              ☐ Yes      ☒ No

      If "Yes," state the total in the account at this time: _____

7.    Do you own any other assets or property?               ☐ Yes      ☒ No

      If "Yes," please describe:_____

8.    I, _Kevin  Allure_____

      (Print or Type Name and Number of Prisoner)

declare under penalty of perjury that the aforesaid statements made by me are true and correct. I authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $ 350.-- fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

_1-2-25_____               _____
        DATE                                          SIGNATURE OF PRISONER

THIS PORTION OF YOUR APPLICATION SHALL NOT BE LEFT BLANK.
IF THIS PORTION IS NOT COMPLETED, YOUR APPLICATION WILL BE DENIED WITHOUT PREJUDICE

## ACCOUNT CERTIFICATION SIGNED BY PRISON OFFICIAL

I, _Sgt. M. Veluz_____ (print name), certify that the attached trust fund account statement (or institutional equivalent) is a true and correct copy.

_1-2-25_____              _____ (Signature)
DATE

                                              _Sergeant_____ (Title)

3                              DNJ-ProSe-007-A-(Rev.12/2020)

## OMS Offender Management System

# Accounting Transactions And Balances

Today's Date: 12/31/2024  18:36

| Inmate Name: ALLURE, KEVIN | | Current Balance:  $500.10 | Booking # 4390517 | Permanent # 00-25361 |
|---|---|---|---|---|

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| **MAIN Inmate Fund** | | | | | | | | |
| 541796 | 11/15/23  03:30 | Intake Kiosk Cash Deposit | 5657427 | | $15.46 | | | $15.46 |
| 3005189 | 11/15/23  07:44 | CR - User Initial Fee | 5657454 | $35.00 | | $15.46 CR - User Initial Fee | $19.54 CR - User Initial Fee | $0.00 |
| 546659 | 12/15/23  20:59 | Kiosk Cash Deposit | 5708077 | | $97.00 | $14.55 CR - User Initial Fee | | $82.45 |
| 3056495 | 12/19/23  08:19 | Commissary Purchase | 5713417 | $81.05 | | | | $1.40 |
| 547775 | 12/22/23  10:05 | Refund Commissary | 5718779 | | $16.48 | | | $17.88 |
| 3067627 | 12/26/23  08:15 | Commissary Purchase | 5725586 | $16.46 | | | | $1.42 |
| 549199 | 12/30/23  20:45 | Kiosk Cash Deposit | 5732983 | | $97.00 | $4.99 CR - User Initial Fee | | $93.43 |
| 3077684 | 01/02/24  08:07 | Commissary Purchase | 5736658 | $90.03 | | | | $3.40 |
| 551500 | 01/14/24  09:23 | Kiosk Cash Deposit | 5756293 | | $72.00 | | | $75.40 |
| 3098215 | 01/16/24  11:13 | Commissary Purchase | 5759164 | $74.98 | | | | $0.42 |
| 552433 | 01/18/24  14:23 | Refund Commissary | 5763452 | | $2.32 | | | $2.74 |
| 553870 | 01/27/24  12:30 | Kiosk Cash Deposit | 5778945 | | $72.00 | | | $74.74 |
| 553997 | 01/28/24  15:37 | Kiosk & Internet Credit Card Deposi | 5780770 | | $50.00 | | | $124.74 |
| 3120180 | 01/30/24  08:01 | Commissary Purchase | 5783288 | $124.60 | | | | $0.14 |
| 555223 | 02/04/24  18:31 | Kiosk & Internet Credit Card Deposi | 5793534 | | $200.00 | | | $200.14 |
| 555224 | 02/04/24  18:33 | Kiosk & Internet Credit Card Deposi | 5793535 | | $75.00 | | | $275.14 |
| 555226 | 02/04/24  18:39 | Kiosk & Internet Credit Card Deposi | 5793537 | | $200.00 | | | $475.14 |
| 3132174 | 02/06/24  08:15 | Commissary Purchase | 5796402 | $134.20 | | | | $340.94 |
| 3134314 | 02/07/24  11:34 | Street eats purchase | 5798858 | $46.00 | | | | $294.94 |
| 3135925 | 02/08/24  08:59 | CR - Medical, Nurse, RX | 5800629 | $15.00 | | $15.00 CR - Medical, Nurse, RX | $0.00 CR - Medical, Nurse, RX | $279.94 |
| 556085 | 02/08/24  14:55 | Refund Commissary | 5801182 | | $4.73 | | | $284.67 |
| 3143431 | 02/13/24  08:13 | Commissary Purchase | 5808743 | $105.75 | | | | $178.92 |
| 557313 | 02/15/24  11:50 | Refund Commissary | 5813067 | | $2.76 | | | $181.68 |
| 3154685 | 02/20/24  08:06 | Commissary Purchase | 5821065 | $112.72 | | | | $68.96 |
| 3154755 | 02/20/24  08:11 | Commissary Purchase | 5821135 | $10.00 | | | | $58.96 |
| 3156615 | 02/21/24  11:44 | Street eats purchase | 5823365 | $23.00 | | | | $35.96 |

**Accounting Transactions And Balances**

Page 1 of 4

**Inmate Name: ALLURE, KEVIN**   **Current Balance: $500.10**   **Booking # 4390517**   **Permanent # 00-25361**

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 558546 | 02/22/24 09:00 | Refund Commissary | 5824909 | | $112.72 | | | $148.68 |
| 3167495 | 02/28/24 09:38 | Commissary Purchase | 5835301 | $132.27 | | | | $16.41 |
| 3177416 | 03/05/24 08:04 | Commissary Purchase | 5846054 | $16.20 | | | | $0.21 |
| 561632 | 03/10/24 10:11 | Kiosk Cash Deposit | 5855540 | | $72.00 | | | $72.21 |
| 3189227 | 03/12/24 09:04 | Commissary Purchase | 5858992 | $71.56 | | | | $0.65 |
| 562406 | 03/13/24 09:11 | Refund Commissary | 5861187 | | $5.18 | | | $5.83 |
| 3192776 | 03/14/24 09:03 | CR - Medical, Nurse, RX | 5863179 | $15.00 | | $5.83 CR - Medical, Nurse, RX | $9.17 CR - Medical, Nurse, RX | $0.00 |
| 562687 | 03/14/24 11:42 | Refund Commissary | 5863604 | | $4.64 | | | $4.64 |
| 563407 | 03/18/24 16:26 | Kiosk & Internet Credit Card Deposi | 5871705 | | $75.00 | $9.17 CR - Medical, Nurse, RX | | $70.47 |
| 3201633 | 03/19/24 09:04 | Commissary Purchase | 5872831 | $69.68 | | | | $0.79 |
| 563932 | 03/20/24 09:00 | Refund Commissary | 5874840 | | $6.96 | | | $7.75 |
| 3212211 | 03/26/24 09:03 | Commissary Purchase | 5884497 | $7.60 | | | | $0.15 |
| 3234560 | 04/09/24 07:57 | CR - Medical, Nurse, RX | 5909002 | $13.00 | | $0.15 CR - Medical, Nurse, RX | $12.85 CR - Medical, Nurse, RX | $0.00 |
| 572898 | 05/06/24 19:42 | Kiosk & Internet Credit Card Deposi | 5958396 | | $50.00 | $7.50 CR - Medical, Nurse, RX | | $42.50 |
| 3279919 | 05/07/24 08:04 | Commissary Purchase | 5959163 | $42.26 | | | | $0.24 |
| 574304 | 05/13/24 21:07 | Kiosk & Internet Credit Card Deposi | 5972352 | | $50.00 | $5.35 CR - Medical, Nurse, RX | | $44.89 |
| 3292352 | 05/14/24 08:06 | Commissary Purchase | 5972829 | $44.16 | | | | $0.73 |
| 3317604 | 05/30/24 09:29 | CR - Medical, Nurse, RX | 6000889 | $3.00 | | $0.73 CR - Medical, Nurse, RX | $2.27 CR - Medical, Nurse, RX | $0.00 |
| 3358721 | 06/27/24 14:57 | CR - Medical, Nurse, RX | 6046516 | $13.00 | | | $13.00 CR - Medical, Nurse, RX | $0.00 |
| 3366018 | 07/02/24 08:40 | CR - Medical, Nurse, RX | 6054439 | $3.00 | | | $3.00 CR - Medical, Nurse, RX | $0.00 |
| 3397352 | 07/25/24 09:19 | CR - Medical, Nurse, RX | 6089811 | $10.00 | | | $10.00 CR - Medical, Nurse, RX | $0.00 |
| 3418019 | 08/08/24 08:29 | CR - Medical, Nurse, RX | 6112969 | $3.00 | | | $3.00 CR - Medical, Nurse, RX | $0.00 |
| 3419542 | 08/09/24 07:34 | CR - Medical, Nurse, RX | 6114620 | $5.00 | | | $5.00 CR - Medical, Nurse, RX | $0.00 |
| 3419558 | 08/09/24 08:25 | CR - Medical, Nurse, RX | 6114647 | $13.00 | | | $13.00 CR - Medical, Nurse, RX | $0.00 |
| 3429248 | 08/15/24 11:14 | CR - Property Damages | 6125453 | $6.00 | | | $6.00 CR - Property Damages | $0.00 |
| 3449366 | 08/29/24 09:41 | CR - Medical, Nurse, RX | 6148059 | $13.00 | | | $13.00 CR - Medical, Nurse, RX | $0.00 |
| 3466026 | 09/09/24 15:10 | CR - Property Damages | 6166768 | $100.00 | | | $100.00 CR - Property Damages | $0.00 |
| 3476594 | 09/16/24 10:21 | CR - Medical, Nurse, RX | 6178592 | $15.00 | | | $15.00 CR - Medical, Nurse, RX | $0.00 |

**Accounting Transactions And Balances**

| Inmate Name: ALLURE, KEVIN | | | | | Current Balance: $500.10 | | Booking # 4390517 | Permanent # 00-25361 |
|---|---|---|---|---|---|---|---|---|

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 3476832 | 09/16/24 12:48 | CR - Medical, Nurse, RX | 6178851 | $3.00 | | | $3.00 CR - Medical, Nurse, RX | $0.00 |
| 3482511 | 09/20/24 07:54 | CR - Medical, Nurse, RX | 6185451 | $3.00 | | | $3.00 CR - Medical, Nurse, RX | $0.00 |
| 600726 | 09/23/24 21:00 | Kiosk & Internet Credit Card Deposi | 6189881 | | $50.00 | $7.50 CR - Medical, Nurse, RX | | $42.50 |
| 3486890 | 09/24/24 05:34 | Commissary Purchase | 6190332 | $41.82 | | | | $0.68 |
| 600772 | 09/24/24 06:19 | Kiosk Cash Deposit | 6190382 | | $50.00 | $7.50 CR - Medical, Nurse, RX | | $43.18 |
| 3487196 | 09/24/24 11:24 | CR - Medical, Nurse, RX | 6190677 | $3.00 | | $3.00 CR - Medical, Nurse, RX | $0.00 CR - Medical, Nurse, RX | $40.18 |
| 3488482 | 09/25/24 09:38 | Street eats purchase | 6192260 | $23.00 | | | | $17.18 |
| 3492554 | 09/27/24 20:41 | Phone Withdrawal | 6196865 | $0.03 | | | | $17.15 |
| 3492618 | 09/27/24 21:05 | Phone Withdrawal | 6196932 | $0.76 | | | | $16.39 |
| 3492667 | 09/27/24 21:22 | Phone Withdrawal | 6196983 | $0.76 | | | | $15.63 |
| 3492701 | 09/27/24 21:31 | Phone Withdrawal | 6197018 | $0.25 | | | | $15.38 |
| 3492757 | 09/27/24 21:50 | Phone Withdrawal | 6197077 | $0.76 | | | | $14.62 |
| 3493838 | 09/28/24 20:04 | Phone Withdrawal | 6198220 | $0.76 | | | | $13.86 |
| 3495407 | 09/29/24 21:34 | Phone Withdrawal | 6199910 | $0.76 | | | | $13.10 |
| 3497438 | 10/01/24 05:46 | Commissary Purchase | 6202169 | $12.83 | | | | $0.27 |
| 3497528 | 10/01/24 08:11 | CR - Medical, Nurse, RX | 6202264 | $9.00 | | $0.27 CR - Medical, Nurse, RX | $8.73 CR - Medical, Nurse, RX | $0.00 |
| 3532295 | 10/22/24 08:27 | CR - Medical, Nurse, RX | 6240674 | $10.00 | | | $10.00 CR - Medical, Nurse, RX | $0.00 |
| 3576871 | 11/18/24 12:40 | CR - Medical, Nurse, RX | 6289877 | $13.00 | | | $13.00 CR - Medical, Nurse, RX | $0.00 |
| 611782 | 11/18/24 18:04 | Kiosk & Internet Credit Card Deposi | 6290448 | | $50.00 | $7.50 CR - Medical, Nurse, RX | | $42.50 |
| 611784 | 11/18/24 18:06 | Kiosk & Internet Credit Card Deposi | 6290450 | | $50.00 | $7.50 CR - Medical, Nurse, RX | | $85.00 |
| 3577970 | 11/19/24 05:36 | Commissary Purchase | 6291083 | $84.82 | | | | $0.18 |
| 612218 | 11/19/24 15:51 | Refund Commissary | 6291981 | | $6.05 | | | $6.23 |
| 3587288 | 11/25/24 11:12 | Commissary Purchase | 6301575 | $2.00 | | | | $4.23 |
| 3587357 | 11/25/24 11:13 | Commissary Purchase | 6301644 | $3.93 | | | | $0.30 |
| 3599241 | 12/04/24 09:14 | CR - Medical, Nurse, RX | 6315021 | $13.00 | | $0.30 CR - Medical, Nurse, RX | $12.70 CR - Medical, Nurse, RX | $0.00 |
| 615479 | 12/08/24 17:04 | Kiosk & Internet Credit Card Deposi | 6321972 | | $120.00 | $18.00 CR - Medical, Nurse, RX | | $102.00 |
| 3608233 | 12/10/24 05:35 | Commissary Purchase | 6324752 | $99.82 | | | | $2.18 |
| 3617902 | 12/17/24 05:37 | Commissary Purchase | 6335448 | $1.67 | | | | $0.51 |

**Accounting Transactions And Balances**

**Inmate Name: ALLURE, KEVIN**  **Current Balance:** $500.10  **Booking #** 4390517  **Permanent #** 00-25361

| Receipt # | Transaction Date/Time | Transaction Type | Transaction # | Withdrawals | Deposits | Cost Recovery Collected | To Cost Recovery | Balance |
|---|---|---|---|---|---|---|---|---|
| 617420 | 12/18/24 23:01 | Kiosk & Internet Credit Card Deposi | 6338624 | | $25.00 | $3.75 CR - Medical, Nurse, RX | | $21.76 |
| 3626540 | 12/23/24 09:54 | Commissary Purchase | 6344999 | $21.66 | | | | $0.10 |
| 619240 | 12/31/24 10:23 | Authorized Check | 6357015 | | $500.00 | | | $500.10 |

| Account Type | Current Balance |
|---|---|
| MAIN Inmate Fund | $500.10 |
| **Totals:** | **$500.10** |

| Assigned Cost Recovery | Balance Due |
|---|---|
| CR - Medical, Nurse, RX | $75.95 |
| CR - Property Damages | $106.00 |
| **Totals:** | **$181.95** |

**Available Balance: $500.10**